**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: KRAFT, CHRISTINE F.   § Case No. 09-73434
§
§
Debtor(s)   §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 14, 2009. The undersigned trustee was appointed on October 28, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         4,200.76

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 807.87 |
   | Bank service fees | 56.51 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 3,336.38 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/07/2010 and the deadline for filing governmental claims was 02/10/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,050.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $744.99, for a total compensation of $744.99.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2011           By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73434  **Trustee:** (330420)   JAMES E. STEVENS
**Case Name:** KRAFT, CHRISTINE F.  **Filed (f) or Converted (c):** 08/14/09 (f)
 **§341(a) Meeting Date:** 09/17/09
**Period Ending:** 10/19/11  **Claims Bar Date:** 01/07/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 110 Acres of farmland and uninhabitable, at 5293 | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 10 acres and various commercial 575 N. Henderson | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 5 lots on Lewis Ave, Freeport, Merlin Kraft | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Single family residence on Damascus, Freeport, I | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Single family residence at 516, 518, 520, Freepo | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cash | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account #0104117 at Community Bank of O | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Savings account at Community Bank, Orangeville, | 900.00 | 0.00 | DA | 0.00 | FA |
| 9 | Checking account for farm at Community Bank, Ora | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Checking account at 5th 3rd Bank, Freeport, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Checking account at Union Savings, Freeport, IL | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Furniture, furnishings, appliances, and misc. ot | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Books, pictures, videos, misc. cds and other mis | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Debtor's clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Rings, watches, misc items | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Various firearms, sewing equipment and items, mi | 250.00 | 0.00 | DA | 0.00 | FA |
| 17 | 100% shareholder of MCK Services, Inc.(assets co | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Monthly social security | 950.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1997 Ford F-350 pick up with 139,000 miles (paid | 7,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 20 | See attached list of various vehicles titled in | Unknown | Unknown | DA | 2,200.00 | FA |
| 21 | Older tractors, plows, hay cutters, trailers, va | Unknown | Unknown | DA | 0.00 | FA |
| 22 | Approx. 40 cattle (Property is in possession of | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | Misc. household tools and implements | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.76 | FA |
| 24 | **Assets** Totals (Excluding unknown values) | **$687,450.00** | **$2,000.00** | | **$4,200.76** | **$0.00** |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Period Ending:** 10/19/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/09 (f)  
**§341(a) Meeting Date:** 09/17/09  
**Claims Bar Date:** 01/07/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2010      **Current Projected Date Of Final Report (TFR):** October 12, 2011 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Taxpayer ID #:** **-***6714  
**Period Ending:** 10/19/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/26/10 | {20} | Action Auctioneering | sale of vehicles | | 1129-000 | 2,200.00 | | 2,200.00 |
| 02/18/10 | 1001 | Terry Firch | auctineering fees and expenses | | | | 805.00 | 1,395.00 |
| | | | auctioneer's fees | 330.00 | 3610-000 | | | 1,395.00 |
| | | | towing expenses | 475.00 | 3620-000 | | | 1,395.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.08 | | 1,395.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.06 | | 1,395.14 |
| 04/06/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | | 9999-000 | -1,395.14 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 805.00 | 805.00 | $0.00 |
| | Less: Bank Transfers | | -1,395.14 | 0.00 | |
| | **Subtotal** | | 2,200.14 | 805.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$2,200.14** | **$805.00** | |

{} Asset reference(s)

Printed: 10/19/2011 11:38 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Taxpayer ID #:** **-***6714  
**Period Ending:** 10/19/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 1,395.14 | | 1,395.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,395.20 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,395.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,395.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,395.45 |
| 08/30/10 | {19} | MERLIN KRAFT | SALE OF 1997 FORD f350 TRUCK | 1129-000 | 2,000.00 | | 3,395.45 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 3,395.53 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.63 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.65 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.67 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,395.68 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,395.70 |
| 05/31/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73434, Bond #016018067 | 2300-000 | | 2.87 | 3,392.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,392.85 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,392.87 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.51 | 3,386.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,386.38 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,361.38 |
| 09/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,361.38 |
| 09/09/11 | | To Account #9200******2366 | transfer to close money market account | 9999-000 | | 3,361.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,395.76 | 3,395.76 | $0.00 |
| | | | Less: Bank Transfers | | 1,395.14 | 3,361.38 | |
| | | | **Subtotal** | | 2,000.62 | 34.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.62** | **$34.38** | |

{} Asset reference(s)  

Printed: 10/19/2011 11:38 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-73434
**Case Name:** KRAFT, CHRISTINE F.

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-66 - Checking Account

**Taxpayer ID #:** **-***6714
**Period Ending:** 10/19/11

**Blanket Bond:** $372,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/11 | | From Account #9200******2365 | transfer to close money market account | 9999-000 | 3,361.38 | | 3,361.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,336.38 |
| | | | **ACCOUNT TOTALS** | | 3,361.38 | 25.00 | **$3,336.38** |
| | | | Less: Bank Transfers | | 3,361.38 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 2,200.14 | 805.00 | 0.00 |
| MMA # 9200-******23-65 | 2,000.62 | 34.38 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 25.00 | 3,336.38 |
| | $4,200.76 | $864.38 | $3,336.38 |

{} Asset reference(s)

Printed: 10/19/2011 11:38 AM    V.12.57

Printed: 10/19/11 11:38 AM

# Claims Distribution Register

Page: 1

### Case: 09-73434    KRAFT, CHRISTINE F.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 7 | 08/14/09 | 100 | Fifth Third Bank<br>c/o Kamm, Shapiro & Demuth, Ltd.<br>17 No. State St., Suite 990<br>chicago, IL 60602<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim No. 7 is allowed as a secured claim but disalllowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds ot he Chapter 7 Bankruptcy Estate. | 755,832.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 08/14/09 | 100 | Stephenson County Treasurer<br>Adrienne Becker<br>15 No. Galena Avenue<br>Freeport, IL 61032<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim No. 9 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 2,905.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:    0% Paid** | **$758,737.58** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$758,737.58** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/14/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 3,403.00 | 3,403.00 | 0.00 | 3,403.00 | 2,414.04 |
| | 08/14/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 1,050.19 | 1,050.19 | 0.00 | 1,050.19 | 744.99 |
| | 08/14/09 | 200 | U.S. Bankruptcy Court<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)><br>FILING FEE DEFERRED IN ADVERSARY COMPLAINT | 250.00 | 250.00 | 0.00 | 250.00 | 177.35 |
| | | | **Total for Priority 200:    70.93866% Paid** | **$4,703.19** | **$4,703.19** | **$0.00** | **$4,703.19** | **$3,336.38** |
| | | | **Total for Admin Ch. 7 Claims:** | **$4,703.19** | **$4,703.19** | **$0.00** | **$4,703.19** | **$3,336.38** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/12/09 | 610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 848.10 | 848.10 | 0.00 | 848.10 | 0.00 |

Printed: 10/19/11 11:38 AM        **Claims Distribution Register**        Page: 2

**Case:  09-73434    KRAFT, CHRISTINE F.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 2 | 10/12/09 | 610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 5,390.74 | 5,390.74 | 0.00 | 5,390.74 | 0.00 |
| 3 | 10/19/09 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 5,543.47 | 5,543.47 | 0.00 | 5,543.47 | 0.00 |
| 4 | 10/16/09 | 610 | Quad City Prosthetic Inc<br>4730 44th Street<br>Rock Island, IL 61201<br><7100-00   General Unsecured § 726(a)(2)> | 5,016.06 | 5,016.06 | 0.00 | 5,016.06 | 0.00 |
| 5 | 10/22/09 | 610 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 2,171.55 | 2,171.55 | 0.00 | 2,171.55 | 0.00 |
| 6 | 10/24/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 242.21 | 242.21 | 0.00 | 242.21 | 0.00 |
| 8 | 11/01/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 17,604.25 | 17,604.25 | 0.00 | 17,604.25 | 0.00 |
| 10 | 08/14/09 | 610 | Wells Fargo Bank<br>100 W. Washington<br>Phoenix, AZ 85003<br><7100-00   General Unsecured § 726(a)(2)> | 56,671.32 | 56,671.32 | 0.00 | 56,671.32 | 0.00 |
| 11 | 08/14/09 | 610 | GE Money Bank/Farm& Fleet<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 598.28 | 598.28 | 0.00 | 598.28 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$94,085.98** | **$94,085.98** | **$0.00** | **$94,085.98** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$94,085.98** | **$94,085.98** | **$0.00** | **$94,085.98** | **$0.00** |
| | | | **Total for Case :** | **$857,526.75** | **$98,789.17** | **$0.00** | **$98,789.17** | **$3,336.38** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73434
Case Name: KRAFT, CHRISTINE F.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 3,336.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Fifth Third Bank | 755,832.00 | 0.00 | 0.00 | 0.00 |
| 9 | Stephenson County Treasurer | 2,905.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,336.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,050.19 | 0.00 | 744.99 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3,403.00 | 0.00 | 2,414.04 |
| Attorney for Trustee, Expenses - U.S. Bankruptcy Court | 250.00 | 0.00 | 177.35 |

Total to be paid for chapter 7 administration expenses: $ 3,336.38
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $          0.00
Remaining balance:                        $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,085.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 848.10 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 5,390.74 | 0.00 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 5,543.47 | 0.00 | 0.00 |
| 4 | Quad City Prosthetic Inc | 5,016.06 | 0.00 | 0.00 |
| 5 | Advanta Bank Corp. | 2,171.55 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 242.21 | 0.00 | 0.00 |
| 8 | Chase Bank USA, N.A. | 17,604.25 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank | 56,671.32 | 0.00 | 0.00 |
| 11 | GE Money Bank/Farm& Fleet | 598.28 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $          0.00
Remaining balance:                                       $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**