# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: KRAFT, CHRISTINE F. | § Case No. 09-73434 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  United States Bankruptcy Court
  211 South Court Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 11/23/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/19/2011          By:  /s/JAMES E. STEVENS
                                                    Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KRAFT, CHRISTINE F. | § | Case No. 09-73434 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*    $    4,200.76

*and approved disbursements of*    $    864.38

*leaving a balance on hand of* [1]    $    3,336.38

**Balance on hand:**    $    3,336.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Fifth Third Bank | 755,832.00 | 0.00 | 0.00 | 0.00 |
| 9 | Stephenson County Treasurer | 2,905.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    3,336.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,050.19 | 0.00 | 744.99 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3,403.00 | 0.00 | 2,414.04 |
| Attorney for Trustee, Expenses - U.S. Bankruptcy Court | 250.00 | 0.00 | 177.35 |

Total to be paid for chapter 7 administration expenses:    $    3,336.38
Remaining balance:    $    0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,085.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 848.10 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 5,390.74 | 0.00 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 5,543.47 | 0.00 | 0.00 |
| 4 | Quad City Prosthetic Inc | 5,016.06 | 0.00 | 0.00 |
| 5 | Advanta Bank Corp. | 2,171.55 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 242.21 | 0.00 | 0.00 |
| 8 | Chase Bank USA, N.A. | 17,604.25 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank | 56,671.32 | 0.00 | 0.00 |
| 11 | GE Money Bank/Farm& Fleet | 598.28 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 09-73434-MB
Christine F. Kraft                                                  Chapter 7
      Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db           +Christine F. Kraft,    1731 S Hance Dr,    Freeport, IL 61032-6788
14317579      #498 of the Bridge, Structural,,    Ornamental and Reinforcing Workers,
               Patrick Ryan  200 W. Adams #2200,    Chicago, IL 60606
14317581     +5th 3rd Bank,    POB 630337,    Cincinnati, OH 45263-0337
14317584     +5th 3rd Bank,    346 W. Carol Lane,    MDGOPS11,    Elmhurst, IL 60126-1003
14317582     +5th 3rd Bank,    346 West Carol LN,   MDGOPS11,    Elmhurst, IL 60126-1003
14317583     +5th 3rd Bank,    222 Riverside Plaza,    Chicago, IL 60606-5808
14317580     +5th 3rd Bank,    101 West Stephenson,    Freeport, IL 61032-4200
14317585     +Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14616844      Advanta Bank Corp.,    POB 3001,    Malvern, PA 19355-0701
14317586     +BP Card Member Services,    POB 15153,    Wilmington, DE 19886-5153
14629459      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14317587     +Chase Card Member Services,    POB 15153,    Wilmington, DE 19886-5153
14317588     +Citicards,    POB 688907,    Des Moines, IA 50368-8907
14317589     +Citicards,    POB 142319,    Irving, TX 75014-2319
14317591     +Community Bank of Orangeville,     401 S. Church,    Orangeville, IL 61060-9653
14615095     +Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd.,      17 N. State Street, Suite 990,
               Chicago, IL 60602-3569
14317595     +HSBC Retail Service,    PO Box 17602,    Baltimore, MD 21297-1602
14317596      HSBC Retail Service (Menards),    PO Box 4144,    Carol Stream, IL 60197-4144
16142210     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,     230 South Dearborn,    Stop5016,
               Chicago, IL 60604)
16142211      Internal Revenue Service,    Group 28, Stop 5228,    Rockford, IL 61101
14317597     +Iron Workers Local #498 Fringe,    Benefits Fund, C/O Patrick Ryan,     200 West Adams, #2200,
               Chicago, IL 60606-5231
14317598     +Iron Workers Mid America,    Pension Plan,    2350 East 170th Street,    Lansing, IL 60438-1000
14317599     +Iron Workers Mid America,    Supplemental Monthly Annuity Fund,
               Patrick Ryan, 200 W. Adams, #2200,    Chicago, IL 60606-5231
14317603     +Nick Taylor,   C/O Atty Steve Schmelzle,     208 West Stephenson,    Freeport, IL 61032-4325
14317604     +Quad City Prosthetic Inc,    4730 44th Street,    Rock Island, IL 61201-7152
14317606     +Wells Fargo,    POB 348750,    Sacramento, CA 95834-8750
14757184     +Wells Fargo Bank, NA,    MAC #S4101-08C,    100 W Washington,    Phoenix, AZ 85003-1805
14317607     +Wells Fargo Payment Remittance,    POB 54349,    Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14317590      E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58     ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
14563840      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14317592      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Card,    POB 30395,
               Salt Lake City, UT 84130
14317593      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Card,    PO Box 6103,
               Carol Stream, IL 60197-6103
14317594      E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25     GE Money Bank,    PO Box 960061,
               Orlando, FL 32896-0061
14778928     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2011 02:13:25
               GE Money Bank dba BLAIN'S FARM & FLEET/GEMB,     Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14597663     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 22 2011 01:38:07
               PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14317601*    +MCK Services Inc.,    575 N. Henderson Rd.,    Freeport, IL 61032-9018
14317600    ##+MCK Services Inc,    575 N. Henderson Rd,    Freeport, IL 61032-9018
14317602    ##+Merlin Kraft,    516 North 3rd,    Freeport, IL 61032-8949
14317605    ##+Stephenson County Treasurer,    Adrienne Becker,    15 North Galena Avenue,
               Freeport, IL 61032-4348
                                                                                    TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3         User: cshabez          Page 2 of 2              Date Rcvd: Oct 21, 2011
                             Form ID: pdf006        Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                    **Signature:**    _/s/ Joseph Speetjens_