**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KRAFT, CHRISTINE F.                           § Case No. 09-73434
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $687,450.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment:  $190,735.98

Total Expenses of Administration:  $4,200.76

---

    3) Total gross receipts of $    4,200.76    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $4,200.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $972,000.00 | $758,737.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,567.57 | 5,567.57 | 4,200.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 123,550.00 | 94,085.98 | 94,085.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,095,550.00 | $858,391.13 | $99,653.55 | $4,200.76 |

4) This case was originally filed under Chapter 7 on August 14, 2009. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2012          By: /s/JAMES E. STEVENS
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Ford F-350 pick up with 139,000 miles (paid | 1129-000 | 2,000.00 |
| See attached list of various vehicles titled in | 1129-000 | 2,200.00 |
| Interest Income | 1270-000 | 0.76 |
| **TOTAL GROSS RECEIPTS** | | **$4,200.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Fifth Third Bank | 4110-000 | 795,000.00 | 755,832.00 | 0.00 | 0.00 |
| 9 | Stephenson County Treasurer | 4110-000 | 0.00 | 2,905.58 | 0.00 | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Bank of Orangeville | 4110-000 | 23,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 143,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Bank of Orangeville | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 5th 3rd Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS |  | $972,000.00 | $758,737.58 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,050.19 | 1,050.19 | 744.99 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 3,403.00 | 3,403.00 | 2,414.04 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 250.00 | 250.00 | 177.35 |
| Terry Firch | 3610-000 | N/A | 330.00 | 330.00 | 330.00 |
| Terry Firch | 3620-000 | N/A | 475.00 | 475.00 | 475.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.87 | 2.87 | 2.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.51 | 6.51 | 6.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | N/A | 5,567.57 | 5,567.57 | 4,200.76 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES |  | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 1,000.00 | 848.10 | 848.10 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 5,390.74 | 5,390.74 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,543.47 | 5,543.47 | 0.00 |
| 4 | Quad City Prosthetic Inc | 7100-000 | 5,000.00 | 5,016.06 | 5,016.06 | 0.00 |
| 5 | Advanta Bank Corp. | 7100-000 | 2,200.00 | 2,171.55 | 2,171.55 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 300.00 | 242.21 | 242.21 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 17,600.00 | 17,604.25 | 17,604.25 | 0.00 |
| 10 | Wells Fargo Bank | 7100-000 | N/A | 56,671.32 | 56,671.32 | 0.00 |
| 11 | GE Money Bank/Farm& Fleet | 7100-000 | 800.00 | 598.28 | 598.28 | 0.00 |
| NOTFILED | Citicards | 7100-000 | 5,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Member Services | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Mid America Supplemental Monthly Annuity | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Service (Menards) | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 57,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nick Taylor C/O Atty Steve Schmelzle | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Mid America Pension Plan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Service (Menards) | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Local #498 Fringe Benefits Fund, C/O | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 20,700.00 | N/A | N/A | 0.00 |
| NOTFILED | #498 of the Bridge, Structural, Ornamental and | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 123,550.00 | 94,085.98 | 94,085.98 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Period Ending:** 01/31/12

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/09 (f)  
**§341(a) Meeting Date:** 09/17/09  
**Claims Bar Date:** 01/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 110 Acres of farmland and uninhabitable, at 5293 | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 10 acres and various commercial 575 N. Henderson | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 5 lots on Lewis Ave, Freeport, Merlin Kraft | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Single family residence on Damascus, Freeport, I | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Single family residence at 516, 518, 520, Freepo | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cash | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account #0104117 at Community Bank of O | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | Savings account at Community Bank, Orangeville, | 900.00 | 0.00 | DA | 0.00 | FA |
| 9 | Checking account for farm at Community Bank, Ora | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Checking account at 5th 3rd Bank, Freeport, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Checking account at Union Savings, Freeport, IL | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Furniture, furnishings, appliances, and misc. ot | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Books, pictures, videos, misc. cds and other mis | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Debtor's clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Rings, watches, misc items | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Various firearms, sewing equipment and items, mi | 250.00 | 0.00 | DA | 0.00 | FA |
| 17 | 100% shareholder of MCK Services, Inc.(assets co | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Monthly social security | 950.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1997 Ford F-350 pick up with 139,000 miles (paid | 7,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 20 | See attached list of various vehicles titled in | Unknown | Unknown | DA | 2,200.00 | FA |
| 21 | Older tractors, plows, hay cutters, trailers, va | Unknown | Unknown | DA | 0.00 | FA |
| 22 | Approx. 40 cattle (Property is in possession of | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | Misc. household tools and implements | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.76 | FA |
| 24 | Assets   Totals (Excluding unknown values) | **$687,450.00** | **$2,000.00** | | **$4,200.76** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/09 (f)  
**§341(a) Meeting Date:** 09/17/09  

**Period Ending:** 01/31/12  
**Claims Bar Date:** 01/07/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2010        **Current Projected Date Of Final Report (TFR):**   October 12, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  

**Taxpayer ID #:** **-***6714  
**Period Ending:** 01/31/12  

**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/26/10 | {20} | Action Auctioneering | sale of vehicles | | 1129-000 | 2,200.00 | | 2,200.00 |
| 02/18/10 | 1001 | Terry Firch | auctineering fees and expenses | | | | 805.00 | 1,395.00 |
| | | | auctioneer's fees | 330.00 | 3610-000 | | | 1,395.00 |
| | | | towing expenses | 475.00 | 3620-000 | | | 1,395.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.08 | | 1,395.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.06 | | 1,395.14 |
| 04/06/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | | 9999-000 | -1,395.14 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 805.00 | 805.00 | $0.00 |
| Less: Bank Transfers | -1,395.14 | 0.00 | |
| **Subtotal** | 2,200.14 | 805.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,200.14** | **$805.00** | |

{} Asset reference(s)

Printed: 01/31/2012 03:39 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.  
**Taxpayer ID #:** **-***6714  
**Period Ending:** 01/31/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 1,395.14 | | 1,395.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.06 | | 1,395.20 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 | | 1,395.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.09 | | 1,395.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 | | 1,395.45 |
| 08/30/10 | {19} | MERLIN KRAFT | SALE OF 1997 FORD f350 TRUCK | 1129-000 | 2,000.00 | | 3,395.45 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 | | 3,395.53 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.63 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.65 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.67 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 3,395.68 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,395.70 |
| 05/31/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73434, Bond #016018067 | 2300-000 | | 2.87 | 3,392.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,392.85 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,392.87 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.51 | 3,386.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,386.38 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,361.38 |
| 09/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,361.38 |
| 09/09/11 | | To Account #9200******2366 | transfer to close money market account | 9999-000 | | 3,361.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,395.76 | 3,395.76 | $0.00 |
| | | | Less: Bank Transfers | | 1,395.14 | 3,361.38 | |
| | | | **Subtotal** | | 2,000.62 | 34.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.62** | **$34.38** | |

{} Asset reference(s)      Printed: 01/31/2012 03:39 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73434  
**Case Name:** KRAFT, CHRISTINE F.

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-66 - Checking Account

**Taxpayer ID #:** **-***6714  
**Period Ending:** 01/31/12

**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/11 | | From Account #9200******2365 | transfer to close money market account | 9999-000 | 3,361.38 | | 3,361.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,336.38 |
| 11/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 70.93% on $3,403.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,414.04 | 922.34 |
| 11/29/11 | 102 | JAMES E. STEVENS | Dividend paid 70.93% on $1,050.19, Trustee Compensation; Reference: | 2100-000 | | 744.99 | 177.35 |
| 11/29/11 | 103 | U.S. Bankruptcy Court | Dividend paid 70.93% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 177.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 3,361.38 | 3,361.38 | $0.00 |
| | Less: Bank Transfers | 3,361.38 | 0.00 | |
| | Subtotal | 0.00 | 3,361.38 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $3,361.38 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 2,200.14 | 805.00 | 0.00 |
| MMA # 9200-******23-65 | 2,000.62 | 34.38 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 3,361.38 | 0.00 |
| | $4,200.76 | $4,200.76 | $0.00 |

{} Asset reference(s)

Printed: 01/31/2012 03:39 PM V.12.57